IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Philip A. Brimmer**

Criminal Action No. 09-cr-00011-PAB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.  FRANCISCA SANTIAGO,
    also known as Francisca Pelegrin,
    also known as Francisca Fields,

    Defendant.
_____

# ORDER SETTING TRIAL DATES AND DEADLINES
_____

This matter has been scheduled for a three-day jury trial on the docket of Judge Philip A. Brimmer in the U.S. District Courthouse, Courtroom A601, 6th Floor, 901 19th Street, Denver, Colorado, to commence on **March 23, 2009 at 8:00 a.m.** It is

ORDERED that all pretrial motions shall be filed by **February 17, 2009** and responses to these motions shall be filed by **February 24, 2009**. It is further

ORDERED that a Trial Preparation Conference is set for **March 13, 2009 at 1:00 p.m.** in Courtroom A601. Lead counsel who will try the case shall attend in person.

The parties shall be prepared to address the following issues at the Trial Preparation Conference:

    1)    jury selection;

    2)    sequestration of witnesses;

    3)    timing of presentation of witnesses and evidence;

4) anticipated evidentiary issues;

5) any stipulations as to fact or law; and

6) any other issue affecting the duration or course of the trial.


DATED February 2, 2009.

                                        BY THE COURT:

                                        s/Philip A. Brimmer
                                        PHILIP A. BRIMMER
                                        United States District Judge