IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Action No. 09-cr-00011-PAB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.  FRANCISCA SANTIAGO,
      also known as Francisca Pelegrin,
      also known as Francisca Fields,

    Defendant.
_____

## MINUTE ORDER
_____

**Entered by Judge Philip A. Brimmer**

      The Government has filed a Motion for an Order Permitting Disclosure of Grand Jury Material to the Defense [Docket No. 13] asking the Court to authorize the release of grand jury materials to counsel for defendant. The basis for the motion is that such disclosure is necessary to "comply with discovery obligations" and to "moot one of the defendant's many motions." The motion also states that it "may be appropriate" to disclose to defense counsel portions of the grand jury transcripts "for the limited purpose of preparing for and conducting trial and pretrial hearings involving these witnesses."

      One of the purposes of Rule 6 of the Federal Rules of Criminal Procedure is to set forth procedures and rules to protect grand jury secrecy. *See Douglas Oil Co. of Calif. v. Petrol Stops Northwest*, 441 U.S. 211, 222-223 (1979). A court may authorize the disclosure of grand jury material under Rule 6(e) under certain circumstances at the request of the government. The appropriateness of the government's request in this case is not clear. First, contrary to the government's assertion that the defendant has filed many discovery motions, the docket shows that none have been filed. Second, contrary to the assertion that it may be appropriate to disclose otherwise secret grand jury materials in order for defense counsel to prepare grand jury witnesses for trial and pretrial hearings, the defendant filed a notice of disposition on January 28, 2009 and the defendant is currently scheduled for a change of plea.

      The government shall file a supplement to its motion on or before March 5, 2009, indicating why, in light of the notice of disposition in this case, it is appropriate to authorize the release of grand jury materials.

      Dated February 26, 2009.