IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Action No. 09-cr-00011-PAB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. FRANCISCA SANTIAGO,
    also known as Francisca Pelegrin,
    also known as Francisca Fields,

    Defendant.
_____

## MINUTE ORDER
_____

**Entered by Judge Philip A. Brimmer**

    This matter comes before the Court on the government's Motion to Strike Government's Motion for an Order Permitting Disclosure of Grand Jury Material to the Defense [Docket No. 15]. The Court has reviewed the pleading and is fully advised in the premises. It is

    ORDERED that the motion to strike [Docket No. 15] is GRANTED. The government's Motion for an Order Permitting Disclosure of Grand Jury Material to the Defense is DENIED as having been withdrawn.

    Dated March 2, 2009.